

# THE THIRTEENTH COURT OF APPEALS

13-17-00030-CV

James M. Bass, in his Official Capacity as the Executive Director of the Texas Department of Transportation and the Texas Department of Transportation

v.

Whalen's Furniture, Inc.

On Appeal from the
250th District Court of Travis County, Texas
Trial Cause No. D-1-GN-16-002168

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. Costs of the appeal are adjudged against the appellant, James M. Bass, in his Official Capacity as the Executive Director of the Texas Department of Transportation and the Texas Department of Transportation

We further order this decision certified below for observance.

November 15, 2018